ANITA L. STEBURG, SBN 245933
STEBURG LAW FIRM, P.C.
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel: (408) 573-1122
Fax: (408) 573-1126

Attorney for Plaintiff,
Alan Brinker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>JP MORGAN CHASE, N.A.; CALIFORNIA RECONVEYANCE COMPANY; LPS AGENCY SALES AND POSTING, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and DOES 1 through 100, inclusive,<br><br>DEFENDANTS. | Case No. 5:13-CV-01805 PSG<br><br>**DECLARATION OF ANITA STEBURG** |

1. I am the attorney at law duly licensed to practice in the State of California and associated with Steburg Law Firm, P.C., attorneys for Plaintiff Alan Brinker ("Plaintiff").

2. I have personal knowledge of the facts set forth herein but for those statements based upon information and belief and as to those I believe them to be true, and would and could competently testify hereto if called upon to do so.

3. On May 13, 2013, I filed and faxed the ex parte application for a temporary restraining order and related pleadings to all JP Morgan Chase, N.A., LPS Agency Sales and Posting, Inc., and California Reconveyance Corporation. A copy of the fax confirmation to all three parties are attached as Exhibit "A".

4. On May 13, 2013, I called California Reconveyance Company at (800) 892-6902 and spoke to Marina at extension 3092. Marina was able to confirm receipt of the

facsimile but unable to indicate whether California Reconveyance Company will oppose the ex parte application or consent to a magistrate judge. She forwarded the request to her manager, Marlene, and I left a voicemail for Marlene asking her to return my call and let me know if California Reconveyance Company will oppose the ex parte application and/or consent to a magistrate judge. I have not received a return call from Marlene as of 9:15 on May 14, 2013. I attempted to contact Marlene on May 14, 2013 but was offered her voicemail as she was unavailable.

5. On May 13, 2013, I contacted JP Morgan Chase, N.A. at (800) 873-6577 and spoke to Angela Delacruz at the customer service department. She could not provide any information and offered to transfer me to the Special Handling Department at (800) 981-3792. I spoke to Tony Anderson at the Special Handling Department. He provided a different fax number to send the ex parte application. He provided a fax number of (904) 462-1925. He could not provide any additional information and requested I contact the Executive Office. I contacted the Executive Office and spoke to Greg Adrian. He provided yet another number to fax the ex parte application and related pleadings. The fax number provided by Greg Adrian is (866) 282-5682. Greg Adrian, however, could not provide any additional information and stated that JP Morgan Chase, N.A.'s legal department will need to respond but he cannot provide their information and does not know when legal counsel will be assigned to the case. He could not state whether JP Morgan Chase, N.A. would oppose the ex parte application and whether JP Morgan Chase, N.A. would consent to a magistrate judge. The fax confirmation sheet to the two additional fax numbers are attached as Exhibit "B".

6. On May 13, 2013, I contacted LPS Agency Sales and Posting, Inc. and spoke to Sharon, the receptionist, at (714) 247-7500 and spoke to Victor. Victor confirmed receipt of the ex parte application and forwarded them to his manager, Anthony. On May 14, 2013, I spoke to Anthony who stated he was forwarding the package to their Florida counsel, Meghan Kenefic. Anthony stated that Ms. Kenefic would be following up with our office to discuss whether LPS Agency Sales and Posting, Inc. would consent to a magistrate judge and whethey


they will be opposing the ex parte application. As of 9:30 a.m. on May 14, 2013, I have not received a call from LPS Agency Sales and Posting, Inc.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the /4/ day of May, 2013 at San Jose, California.

Anita L. Steburg

# EXHIBIT A

# STEBURG LAW FIRM

1798 Technology Drive, Suite 258
San Jose, CA  95110

Anita L. Steburg
anita@steburglawfirm.com

Phone: (408) 573-1122
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

**To:**	LPS AGENCY SALES AND POSTING, INC.  (714-247-7568)
	CALIFORNIA RECONVEYANCE COMPANY (818-775-2510)
	JP MORGAN CHASE, N.A., Attn: Research Unit (614-422-7575)

**In Re:**	BRINKER V. JP MORGAN CHASE, N.A., ET AL.
	NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
	CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today.  Please contact me at (408) 573-1122 and advise whether you oppose such an application.

Sincerely,

Anita L. Steburg
Attorney at Law

| TRANSMISSION VERIFICATION REPORT | |
|---|---|

```
                                          TIME   : 05/13/2013 16:24
                                          NAME   : STEBURG LAW FIRM PC
                                          FAX    : 4085731126
                                          TEL    : 4085731122
                                          SER.#  : J8J319336
```

```
DATE,TIME              05/13  16:15
FAX NO./NAME           18187752510
DURATION               00:09:21
PAGE(S)                40
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# STEBURG LAW FIRM

1798 Technology Drive, Suite 258
San Jose, CA 95110

Anita L. Steburg
anita@steburglawfirm.com

Phone: (408) 573-1122
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

**To:** LPS AGENCY SALES AND POSTING, INC. (714-247-7568)
CALIFORNIA RECONVEYANCE COMPANY (818-775-2510)
JP MORGAN CHASE, N.A., Attn: Research Unit (614-422-7575)

**In Re:** BRINKER V. JP MORGAN CHASE, N.A., ET AL.
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today. Please contact me at (408) 573-1122 and advise whether you oppose such an application.

Sincerely,

Anita L. Steburg
Attorney at Law

```
                        TRANSMISSION VERIFICATION REPORT

                                                    TIME   : 05/13/2013 16:36
                                                    NAME   : STEBURG LAW FIRM PC
                                                    FAX    : 4085731126
                                                    TEL    : 4085731122
                                                    SER. # : J8J319336


    DATE,TIME                           05/13  16:25
    FAX NO./NAME                        16144227575
    DURATION                            00:11:23
    PAGE(S)                             40
    RESULT                              OK
    MODE                                STANDARD
```

# STEBURG LAW FIRM

1798 Technology Drive, Suite 258
San Jose, CA 95110

Anita L. Steburg
anita@steburglawfirm.com

Phone: (408) 573-1122
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

To:      LPS AGENCY SALES AND POSTING, INC. (714-247-7568)
            CALIFORNIA RECONVEYANCE COMPANY (818-775-2510)
            JP MORGAN CHASE, N.A., Attn: Research Unit (614-422-7575)

In Re:    BRINKER V. JP MORGAN CHASE, N.A., ET AL.
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
            CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today. Please contact me at (408) 573-1122 and advise whether you oppose such an application.

Sincerely,

Anita L. Steburg
Attorney at Law

| TRANSMISSION VERIFICATION REPORT | |
|---|---|
| | TIME : 05/13/2013 16:52 |
| | NAME : STEBURG LAW FIRM PC |
| | FAX  : 4085731126 |
| | TEL  : 4085731122 |
| | SER.# : J8J319336 |

| | |
|---|---|
| DATE,TIME | 05/13 16:41 |
| FAX NO./NAME | 17142477568 |
| DURATION | 00:11:26 |
| PAGE(S) | 40 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

*LPS*

# STEBURG LAW FIRM

1798 Technology Drive, Suite 258
San Jose, CA 95110

Anita L. Steburg
anita@steburglawfirm.com

Phone: (408) 573-1122
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

**To:**   LPS AGENCY SALES AND POSTING, INC. (714-247-7568)
CALIFORNIA RECONVEYANCE COMPANY (818-775-2510)
JP MORGAN CHASE, N.A., Attn: Research Unit (614-422-7575)

**In Re:**   BRINKER V. JP MORGAN CHASE, N.A., ET AL.
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today. Please contact me at (408) 573-1122 and advise whether you oppose such an application.

Sincerely,

*[signature]*

Anita L. Steburg
Attorney at Law

# EXHIBIT B

# STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110

Anita L. Steburg
anita@steburglawfirm.com

Phone: (408) 573-1122
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

**To:**   JP MORGAN CHASE, N.A. (904-462-1925)
JP MORGAN CHASE, N.A., Executive office (866-282-5682)

**In Re:**   BRINKER V. JP MORGAN CHASE, N.A., ET AL.
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today. Please contact me at (408) 573-1122 and advise whether you oppose such an application and if Chase will consent to a magistrate judge. I look forward to hearing from you shortly.

Sincerely,

Anita L. Steburg
Attorney at Law

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME  : 05/13/2013 17:28
                                          NAME  : STEBURG LAW FIRM PC
                                          FAX   : 4085731126
                                          TEL   : 4085731122
                                          SER.# : J8J319336


    DATE,TIME           05/13 17:16
    FAX NO./NAME        19044621925
    DURATION            00:11:33
    PAGE(S)             40
    RESULT              OK
    MODE                STANDARD
```

# STEBURG LAW FIRM

Anita L. Steburg  
anita@steburglawfirm.com

1798 Technology Drive, Suite 258  
San Jose, CA 95110

Phone: (408) 573-1122  
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

**To:**      JP MORGAN CHASE, N.A. (904-462-1925)  
           JP MORGAN CHASE, N.A., Executive office (866-282-5682)

**In Re:**    BRINKER V. JP MORGAN CHASE, N.A., ET AL.  
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION  
           CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today. Please contact me at (408) 573-1122 and advise whether you oppose such an application and if Chase will consent to a magistrate judge. I look forward to hearing from you shortly.

Sincerely,

*[signature]*

Anita L. Steburg  
Attorney at Law

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 05/13/2013 17:14
                                              NAME  : STEBURG LAW FIRM PC
                                              FAX   : 4085731126
                                              TEL   : 4085731122
                                              SER.# : J8J319336


    DATE,TIME                    05/13 17:08
    FAX NO./NAME                 18662825682
    DURATION                     00:05:48
    PAGE(S)                      40
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```

# STEBURG LAW FIRM

1798 Technology Drive, Suite 258
San Jose, CA 95110

Anita L. Steburg
anita@steburglawfirm.com

Phone: (408) 573-1122
Fax: (408) 573-1126

May 13, 2013

Via Facsimile

**To:**  JP MORGAN CHASE, N.A. (904-462-1925)
JP MORGAN CHASE, N.A., Executive office (866-282-5682)

**In Re:**  BRINKER V. JP MORGAN CHASE, N.A., ET AL.
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
CASE NO. 5:13-CV-01805 PSG

Dear Counsel,

Attached please find Plaintiff's Ex Parte Application for Order to Show Cause and Temporary Restraining Order that was filed with the Court today. Please contact me at (408) 573-1122 and advise whether you oppose such an application and if Chase will consent to a magistrate judge. I look forward to hearing from you shortly.

Sincerely,

*[signature]*

Anita L. Steburg
Attorney at Law