UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER,                    ) | Case No.: 13-CV-01805-LHK |
|                                  ) | |
|              Plaintiff,          ) | |
|                                  ) | ORDER REGARDING MEET AND |
|         v.                       ) | CONFER DEADLINE |
|                                  ) | |
| JP MORGAN CHASE, N.A., et al.,   ) | |
|                                  ) | |
|              Defendant(s).       ) | |
|                                  ) | |

On May 17, 2013, this Court granted Plaintiff's ex parte application seeking a temporary restraining order ("TRO") prohibiting Defendants from proceeding with a foreclosure sale of Plaintiff's property scheduled for May 20, 2013. ECF No. 16. In the Court's Order granting the TRO, the Court ordered the parties to meet and confer and file a status report no later than 3:00 p.m. on May 20, 2013. *Id.* On May 20, 2013, Plaintiff's counsel filed a status report stating that the parties have not yet met and conferred because Defendants either have not yet appointed counsel or, with respect to Defendant LPS Agency, Defendant's counsel has not yet returned Plaintiff's counsel's phone call. ECF No. 17. Plaintiff's counsel further states that she has received confirmation from Defendant California Reconveyance Corporation that the foreclosure

1

Case No.: 13-CV-01805-LHK
ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER

sale of Plaintiff's property has been continued to June 20, 2013. *Id.* Plaintiff requests that the deadline to meet and confer be extended to May 24, 2013. *Id.*

The Court hereby extends the parties' deadline to meet and confer until Monday, May 27, 2013. The parties shall file their status report regarding their meet and confer efforts and stating whether an expedited preliminary injunction hearing is required no later than 10 a.m. on Tuesday May 28, 2013. *Id.*

**IT IS SO ORDERED.**

Dated: May 16, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 13-CV-01805-LHK
ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER