ANITA L. STEBURG, SBN 245933
STEBURG LAW FIRM, P.C.
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel: (408) 573-1122
Fax: (408) 573-1126

Attorney for Plaintiff,
Alan Brinker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, an individual, <br><br> PLAINTIFF, <br><br> v. <br><br> JP MORGAN CHASE, N.A.; CALIFORNIA RECONVEYANCE COMPANY; LPS AGENCY SALES AND POSTING, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and DOES 1 through 100, inclusive, <br><br> DEFENDANTS. | Case No. 5:13-cv-01805 LHK <br><br> **JOINT STATUS REPORT BETWEEN PLAINTIFF AND DEFENDANT, JPMORGAN CHASE, N.A. AND STIPULATION RE: PRELIMINARY INJUNCTION** |

Following meet and confer efforts between counsel, Defendants, JPMorgan Chase, N.A., and California Reconveyance Company ("Defendants"), through their counsel John Hedger of Bryan Cave, LLP, and Alan Brinker ("Plaintiff"), through his counsel, Anita Steburg, hereby stipulate as follows:

1. Without conceding the merits of any of Plaintiff's claims, Defendants will not proceed with the foreclosure of the real property located at 853-J West California Avenue, Sunnyvale, CA 94086, Assessor's Parcel No. 165-25-120.

2. Plaintiff will make monthly payments of $818.08, the amount of his current monthly mortgage payments, directly to JP Morgan Chase, N.A. during the pendency of this action and while any order related to this stipulation is in effect. Such payments shall be sent to

Defendants' counsel no later than the 10th of every month until other payment arrangements are agreed to by the parties.

3.  Plaintiff's counsel will continue to hold funds in trust.  These funds represent the disputed interest, penalties, fees and other expenses related to Plaintiff's mortgage loan with JPMorgan Chase Bank, N.A.

4.  Defendants' agreement to forbear from continuing foreclosure proceedings is contingent upon Plaintiff continuing to fulfill the additional conditions enumerated in paragraphs 2 and 3 of this stipulation.  However, should Plaintiff not continue to fulfill those conditions, counsel will meet and confer.  If, following meet and confer efforts, Defendants wish to proceed with foreclosure, the parties shall request a briefing schedule for a preliminary injunction motion to be filed by Plaintiff.

5.  This stipulation is only binding on the parties as long as this case is pending or until this Court otherwise orders it to no longer be in effect.

IT IS SO STIPULATED.

Date:   June 4, 2013                         /s/ Anita L. Steburg
                                             Anita L. Steburg
                                             Counsel for Plaintiff, Alan Brinker


Date:   June 4, 2013                         /s/ John Hedger
                                             John Hedger
                                             Counsel for Defendant, JP Morgan Chase, N.A.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company shall not proceed with foreclosure of the real property located at 853-J West California Avenue, Sunnyvale, CA 94086, Assessor's Parcel No. 165-25-120.

2. Plaintiff shall pay $818,08 to JPMorgan Chase Bank, N.A. no later than the 10th of every month beginning in June 2013. Such payments shall be sent to Defendants' counsel until the parties agree otherwise.

3. Plaintiff's counsel shall continue to hold disputed funds deposited by Plaintiff in trust until otherwise agreed to by the parties or ordered by this Court.

4. The parties may jointly request a briefing schedule for Plaintiff to file a motion for preliminary injunction if the parties find it necessary following meet and confer efforts between counsel.

             5. The preliminary injunction hearing set for June 13, 2013 is VACATED.

**IT IS SO ORDERED.**

DATED: June 5, 2013

*Lucy H. Koh*

Lucy H. Koh
United Stated District Judge