United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, | Case No.: 13-CV-01805-LHK |
| Plaintiff, | |
| v. | ORDER REGARDING DECLARATION OF CRISTINA LING |
| JP MORGAN CHASE, N.A., et al., | |
| Defendant(s). | |

On May 30, 2013, this Court issued an Order in which the Court stated that a declaration from Cristina Ling, the Vice President and Assistant Operations Manager for Defendant LPS Agency ("LPS"), regarding LPS's non-monetary status could not be accepted because LPS was not represented by counsel. *See* ECF No. 21; Northern District of California Local Rule 3-9 ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). The Court erred. Ms. Ling's declaration was filed by counsel for LPS. Accordingly, the Court retracts its prior statement that Ms. Ling's declaration could not be accepted.

1

Case No.: 13-CV-01805-LHK
ORDER REGARDING DECLARATION OF CRISTINA LING

1  **IT IS SO ORDERED.**

2  Dated: June 24, 2013

3  _____
   LUCY H. KOH
   United States District Judge

Case No.: 13-CV-01805-LHK
ORDER REGARDING DECLARATION OF CRISTINA LING