UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, | ) Case No.: 13-CV-01805-LHK |
| Plaintiff, | ) ORDER REGARDING SERVICE OF |
| | ) EXPERIAN INFORMATION |
| v. | ) SOLUTIONS, INC., TRANS UNION, |
| | ) LLC, AND EQUIFAX INFORMATION |
| JP MORGAN CHASE, N.A., et al., | ) SERVICES LLC |
| Defendants. | ) |

Plaintiff has submitted an ex parte request that the Court issue an order clarifying whether Plaintiff or the U.S. Marshal's Office is responsible for serving Defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC. ECF No. 34. Plaintiff states that Plaintiff's Application to Proceed In Forma Pauperis was approved by Judge Grewal on May 6, 2013. ECF No.4. Plaintiff contends that, pursuant to this Order, the U.S. Marshal is required to assume responsibility for serving Defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC. ECF No. 34. The Court disagrees.

Significantly, Plaintiff has represented that Plaintiff has sufficient funds to deposit more than $20,000 with Plaintiff's counsel. ECF 7-1 (Declaration of Anita Steeburg) at 5. In light of

1

Case No.: 13-CV-01805-LHK
ORDER REGARDING SERVICE OF EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND EQUIFAX INFORMATION SERVICES LLC

this representation, the Court revokes Plaintiff's In Forma Pauperis status.  This revocation is *not* retroactive.  However, going forward, Plaintiff shall be responsible for paying Court costs and for serving Defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services LLC.

**IT IS SO ORDERED.**

Dated: July 26, 2013

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-01805-LHK
ORDER REGARDING SERVICE OF EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND EQUIFAX INFORMATION SERVICES LLC