**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALAN BRINKER, | ) | Case No.: 13-CV-01805-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION TO |
| | ) | EXTEND TIME FOR DEFENDANTS JP |
| v. | ) | MORGAN CHASE BANK, N.A. AND |
| | ) | CALIFORNIA RECONVEYANCE |
| JP MORGAN CHASE, N.A., et al., | ) | COMPANY TO RESPOND TO THE |
| | ) | COMPLAINT |
| Defendants. | ) | |
| | ) | |

The parties have submitted a second stipulation extending Defendants JP Morgan Chase Bank, N.A. and California Reconveyance Company's time to respond to the Complaint to August 30, 2013. The parties' stipulation is GRANTED. However, further extensions will be disfavored.

**IT IS SO ORDERED.**

Dated: August 1, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01805-LHK
ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS JP MORGAN CHASE BANK, N.A. AND CALIFORNIA RECONVEYANCE COMPANY TO RESPOND TO THE COMPLAINT