UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALAN BRINKER, | ) | Case No.: 13-CV-01805 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| | ) | |
| JP MORGAN CHASE, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown  
Reporter:  Lee-Anne Shortridge  

Plaintiff's Attorney: Anita Steburg  
Defendants' JP Morgan Chase and California Reconvenance Company: Counsel failed to appear  
Defendant Experian's Attorney: Deborah Hedley  
Defendant Transunion's Attorney: Scott Brady  
Defendant Equifax's Attorney: Brian Olson  

An initial case management conference was held on May 21, 2014. A further case management conference is set for September 10, 2014 at 2 p.m.

The parties shall schedule their mediation by June 4, 2014. The parties shall file a joint statement indicating the name of the mediator and the date for mediation.

The parties agreed to file their stipulated protective order by June 13, 2014.

By June 11, 2014, the parties shall file a consent or declination to proceed for all purposes before a magistrate judge. The form to consent or decline is available on the Court's website.

If the parties do not consent to a magistrate judge, the three credit reporting agencies (Equifax, Transunion, and Experian) are limited to one joint dispositive motion and the two other defendants (JP Morgan Chase and California Reconvenance Company) are limited to one joint

1

Case No.: 13-CV-01805  
CASE MANAGEMENT ORDER

dispositive motion. Each joint dispositive motion and the oppositions to these motions shall be a maximum of 30 pages. The replies in support of these motions shall be a maximum of 18 pages.

The discovery limits in the Federal Rules of Civil Procedure shall apply in this case.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: July 18, 2014

FACT DISCOVERY CUTOFF: January 15, 2015

EXPERT DISCOVERY:
    Opening Reports: February 16, 2015
    Rebuttal Reports: March 16, 2015
    Close of Expert Discovery: April 16, 2015

DISPOSITIVE MOTIONS shall be filed by May 28, 2015, and set for hearing no later than July 16, 2015 at 1:30 p.m.

FINAL PRETRIAL CONFERENCE: September 3, 2015 at 1:30 p.m.

JURY TRIAL: September 21, 2015 at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: May 21, 2014

                                            _____
LUCY H. KOH
United States District Judge