UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| ALAN BRINKER,<br><br>          Plaintiffs,<br><br>     v.<br><br>JP MORGAN CHASE, et al.<br><br>          Defendants.<br>_____/ | No. C 13-1805 LHK<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      July 31, 2014<br>Mediator: Dean Alper |

IT IS HEREBY ORDERED that the requests to excuse defendants Experian Information Solutions, Inc.'s and Equifax Information Services LLC's corporate representatives from appearing in person at the July 31, 2014, mediation before Dean Alper are GRANTED. Both representatives shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 24, 2014                              By: _____
Dated                                                    Maria-Elena James
                                                         United States Magistrate Judge