UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALAN BRINKER, | ) | Case No.: 13-CV-01805 |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| JP MORGAN CHASE, N.A., et al., | ) ) ) | |
| Defendants. | ) ) | |

The parties filed their joint case management statement September 3, 2014. The parties indicate that Plaintiff has consented to magistrate judge jurisdiction and that JP Morgan Chase Bank, N.A. will consent to magistrate judge jurisdiction going forward.

In light of this statement, Defendants JP Morgan Chase, N.A. and California Reconveyance Company shall file a formal consent or declination to magistrate jurisdiction by noon on September 5, 2014.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01805
ORDER