UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALAN BRINKER, | ) | Case No.: 13-CV-01805 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JP MORGAN CHASE, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, shall file formal consent or declinations to Magistrate Judge jurisdiction or stipulations with Plaintiff Brinker of dismissal by September 8, 2014.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01805
ORDER