UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALAN BRINKER, | ) | Case No.: 13-CV-01805 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| | ) | |
| JP MORGAN CHASE, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The case management conference scheduled for September 10, 2014 at 2 p.m. is VACATED. The Court continues the September 10, 2014 case management conference to December 17, 2014 at 2 p.m.

The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: September 8, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01805
CASE MANAGEMENT ORDER