UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, ) | Case No.: 13-CV-01805 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF REFERRAL |
| ) | |
| JP MORGAN CHASE, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, the Court directs the Clerk to reassign this case to United States Magistrate Judge Paul S. Grewal. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: September 30, 2014                            *Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.: 13-CV-01805
ORDER OF REFERRAL

1