```
 1  ANITA L. STEBURG, SBN 245933
    STEBURG LAW FIRM, P.C.
 2  1798 Technology Drive, Suite 258
    San Jose, CA 95110
 3  Tel: (408) 573-1122
    Fax: (408) 573-1126
 4
 5  Attorney for Plaintiff,
    Alan Brinker
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>JP MORGAN CHASE, N.A.; CALIFORNIA RECONVEYANCE COMPANY; LPS AGENCY SALES AND POSTING, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and DOES 1 through 100, inclusive,<br><br>DEFENDANTS. | Case No. 5:13-cv-01805 PSG<br><br>**CORRECTED JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER RE: RELEASE OF FUNDS IN PLAINTIFF'S ATTORNEY TRUST ACCOUNT** |

This case has been tentatively settled between Defendants, JPMorgan Chase, N.A., and California Reconveyance Company ("Defendants") and Alan Brinker ("Plaintiff"). A Notice of Settlement has been filed with this Court. At the onset of the case, Plaintiff deposited funds to cure the mortgage arrearages which consisted of interest, penalties and other expenses related Plaintiff's mortgage loan with JP Morgan Chase Bank, N.A. Pursuant to the Court's Order dated June 5, 2013, those funds remain in Plaintiff's attorney's trust account. That order is in effect as long as the case is pending or until this Court otherwise orders it is no longer in effect.

Defendants, through their counsel, and Plaintiff, through his counsel, Anita Steburg, hereby stipulate as follows:

1. The funds deposited into Plaintiff's counsel trust account which represent the disputed interest, penalties, fees and other expenses related to Plaintiff's mortgage loan with JP Morgan Chase Bank, N.A. are hereby released.

2. Paragraph 3 of the Stipulation and Order signed by Judge Lucy Koh on June 5, 2013 (Docket No. 25) which orders, "Plaintiff's counsel will continue to hold funds in trust. These funds represent the disputed interest, penalties, fees and other expenses related to Plaintiff's mortgage loan with JP Morgan Chase Bank, N.A." is no longer in effect.

IT IS SO STIPULATED.

Date: November 25, 2014          */s/ Anita Steburg*
                                 Anita L. Steburg
                                 Counsel for Plaintiff, Alan Brinker


Date:   November 25, 2014        */s/ Lisa Bowman*
                                 Lisa Bowman
                                 Counsel for Defendant, JP Morgan Chase, N.A.
                                 and California Reconveyance Company

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. The funds currently held in Plaintiff's counsel's trust account are no longer required to be held in trust;
2. Paragraph 3 of the Order dated June 5, 2013 (Docket No. 25) is no longer in effect.

**IT IS SO ORDERED.**

DATED: December 9, 2014

UNITED STATES MAGISTRATE JUDGE