**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
Lisa M. Bowman, California Bar No. 253843
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  daniel.rockey@bryancave.com
goli.mahdavi@bryancave.com
lisa.bowman@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY; LPS AGENCY SALES AND POSTING INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and DOES 1 through 100, inclusive,<br><br>DEFENDANTS. | Case No. 5:13-CV-01805 PSG<br><br>The Honorable Magistrate Judge Paul S. Grewal<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**[PROPOSED] ORDER**<br><br>Date  December 16, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom 5<br><br><br>Complaint Filed:  April 19, 2013<br>Trial Date:  Not Assigned |

215188

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]

Pursuant to the Honorable Judge Paul S. Grewal's Clerk's Notice Continuing the Case Management Conference Following Reassignment to December 16, 2014 [Docket Text #118], Defendants JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY (collectively, "Defendants"), by and through their counsel of record, request to participate by telephone at the Case Management Conference in the above-entitled case scheduled for Tuesday, December 16, 2014, at 10:00 a.m., in Courtroom 5.

Dated: December 9, 2014

**BRYAN CAVE LLP**
Daniel T. Rockey
Goli Mahdavi
Lisa M. Bowman


By:   /s/ Lisa M. Bowman
          Lisa M. Bowman
Attorneys for Defendants
JPMorgan Chase Bank, N.A. and California Reconveyance

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Defendants JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY, having filed their Request for Telephonic Appearance at the Case Management Conference scheduled for Tuesday, December 16, 2014, at 10:00 a.m., in Courtroom 5, and the Court being duly advised, now GRANTS said Request.

**IT IS SO ORDERED** that counsel for Defendants JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY are granted leave to appear telephonically at the Case Management Conference.

Date: 12/10/2014

_____
United States Magistrate Judge