**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER, | Case No. 5:13-cv-01805-PSG |
| Plaintiff, | **ORDER REQUESTING ADDITIONAL INFORMATION RE: MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| JP MORGAN CHASE, N.A., et al., | **(Re: Docket No. 132)** |
| Defendants. | |

Counsel for Plaintiff Alan Brinker filed a motion to withdraw as counsel citing a total breakdown of the attorney-client relationship that has put counsel in direct conflict with Brinker. Brinker opposes the motion on the grounds that the case is almost resolved and that any differences of opinion are not so substantial as to create a genuine conflict. Because neither party elaborated on details of the attorney-client relationship breakdown in order to preserve attorney-client privilege, this court is unable to make a determination based on the record before it. Brinker's counsel shall submit a declaration *in camera* to the court within 7 days explaining the situation with specificity. Brinker also is welcome to submit such a declaration *in camera* within 7 days if he so chooses.

**SO ORDERED.**

Dated: February 24, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge