1  Pursuant to the Honorable Judge Paul S. Grewal's Clerk's Notice Setting Status
2  Conference [Docket #150] dated August 28, 2015, Defendants JPMORGAN CHASE BANK,
3  N.A. and CALIFORNIA RECONVEYANCE COMPANY (collectively, "Defendants"), by and
4  through their counsel of record, request to participate by telephone at the Status Conference in the
5  above-entitled case scheduled for Tuesday, September 8, 2015, at 10:00 a.m., in Courtroom 5.

6  Dated: August 28, 2015          **BRYAN CAVE LLP**
7                                  Daniel T. Rockey
                                    Goli Mahdavi
8                                   Lisa M. Bowman

9  
10                                 By:  /s/ Lisa M. Bowman
                                        Lisa M. Bowman
11                                 Attorneys for Defendants
                                   JPMorgan Chase Bank, N.A. and California
12                                 Reconveyance

GRANTED
Paul S. Grewal
Judge Paul S. Grewal

BRYAN CAVE LLP
560 MISSION STREET, FLOOR 25
SAN FRANCISCO, CA 94105

REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE AND [PROPOSED] ORDER